opinion. Motion for reargument denied, without costs.

---

PIONEER IRON WORKS, Respondent, v. AMERICAN BLOCK PRESS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the Pioneer Iron Works against the American Block Press Company. No opinion. Order, in so far as appealed from, affirmed on argument, with $10 costs and disbursements.

---

PIPER, Respondent, v. HAYWARD, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Augustus B. Piper against Hattie E. Hayward, as administratrix. E. W. S. Johnston, for appellant. D. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PLUMB, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Erwin S. Plumb, as trustee, etc., against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

---

PLUNKETT, Respondent, v. WEST END MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Henry A. Plunkett against the West End Manufacturing Company. No opinion. Judgment affirmed, with costs.

---

POLITO, Respondent, v. FRANCO et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Vincenzo Polito against Diadato Franco and another. No opinion. Judgment of the County Court of Queens county affirmed, with costs.

---

POMERANZ et al., Appellants, v. TAYLOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Annie Pomeranz and another against Louis M. Taylor and another. No opinion. No merits are shown, and the motion to dismiss the appeal is granted, with costs.

---

POWELL, Appellant, v. HEFFLEY SCHOOL, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Cora M. Powell against the Heffley School. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PRAGER, Respondent, v. BEARDSLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Henry L, Prager against Hulbert T. E. Beardsley and others. C. Seasongood, for appellants. B. B. Gattell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 133 App. Div. 592, 118 N. Y. Supp. 232.

---

PRINCE, Appellant, v. HUGHES et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Isidor Prince against Patrick Hughes and another. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

---

PUTNAM v. GRAHAM et al. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Alvin Putnam against Daniel S. Graham and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SEWELL, J., dissents.

---

PUTNAM, Respondent, v. GRAHAM, Appellant, et al. (Supreme Court, Appellate Division, Third Department. December 3, 1909.) Action by Alvin Putnam against Daniel S. Graham and Charles E. Allfrey. No opinion. Motion denied.

---

QUEEN OF MOULIN ROUGE CO., Respondent, v. HURTIG & SEAMON, Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by the Queen of the Moulin Rouge Company against Hurtig & Seamon, incorporated. G. E. Joseph, for appellant. L. J. Rosett, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and SCOTT, JJ., dissent.

---

RAYMOND, Appellant, v. RING, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Grace Raymond against Naomi Ring (formerly Naomi Dunscombe). No opinion. Order affirmed, with costs to the defendant. See, also, 60 Misc. Rep. 235, 112 N. Y. Supp. 1.

---

READ et al. v. LEHIGH & N. Y. R. CO. SAME v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Actions by William A. Read and others against the Lehigh & New York Railroad Company and against the Lehigh Valley Railroad Company. J. M. Mitchell, for appellants. H. Nathan, for respondents. No opinion. Judgments affirmed, with costs, with leave to defendants to withdraw demurrers and to answer on payment of costs. Orders filed.

---

RECTOR, ETC., OF ST. ANDREW'S CURCH IN VILLAGE OF WALDEN, ORANGE COUNTY, N. Y. Respondent, v. VAN